FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 FEB 12 PM 4:07

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

MARC A. MANUS

    Plaintiff

v.

PLAYERS NETWORK            Case No.: 1:19-cv-00007-ELH

    Defendant

---

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Marc A. Manus, through his undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant Players Network a/k/a Players Network, Inc.

Respectfully submitted,

*/s/ Matheau J. W. Stout*
Matheau J. W. Stout (28054)
400 E. Pratt Street, 8th Floor
Baltimore, Maryland 21202
(410) 429-7076 Tel
(888) 907-1740 Fax
*Attorney for Plaintiff*